EASTERN DIST.
*May,* 1840.

GIBSON AND CO. *vs.* ANDLER ET AL.

GIBSON & CO.
*vs.*
ANDLER ET AL.

APPEAL FROM THE PARISH COURT FOR THE PARISH AND CITY OF
NEW-ORLEANS.

Appeal for delay, and judgment affirmed, with the maximum of damages.

This is an action against the maker and endorser of a promissory note. The defendants pleaded the general issue, and denied that the plaintiffs were the true owners, or ever gave any valuable consideration for the note sued on.

There are two bills of exception: 1st, to setting down the cause for trial on a Thursday, instead of Monday, the day set apart for promissory note cases; 2d, To allowing the plaintiff to strike out the endorsement of one Dykes, from the note, it having been discounted and passed to his credit in bank. No evidence was produced in the defence.

Judgment was rendered against the defendants *in solido,* and they appealed.

*Grima,* for the plaintiffs.

*Grivot,* contra, urged as a defence, and for reversal of the judgment, the matters stated in the bills of exception.

*Morphy, J.,* delivered the opinion of the court.

This is an appeal from a judgment rendered against defendants, as the drawer and endorser of a promissory note held by plaintiff. We have looked through the record, without finding in it any thing on which a serious defence could be based, in either court, and must, therefore, allow the damages prayed for by the appellees.

It is, therefore, ordered that the judgment of the court below be affirmed, with costs, and ten per cent. damages.